## DULUTH ELEVATOR COMPANY v. NORTHERN PACIFIC RAILWAY COMPANY.[1]

April 13, 1917.

Nos. 20,388—(186).

**Case followed.**

Action in the district court for Ramsey county to recover $119.64 for overpayments for coal transported in carload lots between Duluth and Hawley. Plaintiff's demurrer to the answer was sustained, Hanft, J., and judgment was ordered in favor of plaintiff. From the judgment entered pursuant to the order for judgment, defendant appealed. Affirmed.

*Charles W. Bunn* and *Charles Donnelly*, for appellant.

*Ernest E. Watson*, for respondent.

PER CURIAM.

This cause presents the same questions as were before the court and decided in Solum v. Northern Pac. Ry. Co. 133 Minn. 93, 157 N. W. 996, and Monarch Ele. Co. v. Northern Pac. Ry. Co. 133 Minn. 461, 157 N. W. 998, and for the reasons stated in the Solum case the judgment appealed from is affirmed.

[1]Reported in 162 N. W. 1087.